UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MILTON MAURICIO CORZO MARTINEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SAMUEL OLSON, ) <br> KRISTI NOEM, ) <br> PAMELA BONDI, ) <br> TODD M. LYONS, ) <br> BRISON SWEARINGEN, ) <br> ) <br> Respondents. ) | No. 2:26-cv-00003-JPH-MKK |

**AMENDED FINAL JUDGMENT**

The Court has granted the petition for a writ of habeas corpus to the extent that no later than 5:00 p.m. on January 14, 2026, Respondents must either: (1) provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its regulations; or (2) release Petitioner from custody, under reasonable conditions of supervision. The Court now enters final judgment.

Date: 1/22/2026

Kristine L. Seufert, Clerk

BY: _Carina Weed_____
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel